IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:13mj 412 |
| | ) | |
| v. | ) | |
| | ) | |
| DENISE RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, DENISE RIVERA, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

(Misdemeanor – Citation No. 3380545)

On or about September 14, 2013, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and being a place within the special territorial jurisdiction of the United States, defendant, DENISE RIVERA, was found operating a motor vehicle on a highway in Virginia, upon which she had

U.S. v. DENISE RIVERA

displayed license plates which she knew to have been issued to another vehicle.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-613(2).

## COUNT TWO

### (Misdemeanor – Citation No. 3380544)

On or about September 14, 2013, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States, defendant, DENISE RIVERA, did drive a vehicle with a learner's permit without any licensed driver 21 years of age or older or accompanied by her parent or legal guardian, or by a brother, sister, half-brother, half-sister, step-brother, or step-sister 18 years of age or older.

(In violation of 32 CFR Section 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 46.2-335.)

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Katharine Adams
Special Assistant United States Attorney